FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-22-00264-CV

**IN THE INTEREST OF E.J.M.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01970
Honorable Monique Diaz, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.*

Intervenors, who were appointed joint managing conservators of the child, have filed a motion for a 30-day extension of time to file their appellees' brief. The deadline is currently August 16, 2022. Intervenors' motion is GRANTED IN PART. It is ORDERED that Intervenors' brief must be filed no later than **September 6, 2022**. Given the time constraints governing the disposition of this appeal, **further requests for extensions of time will be disfavored.**

It is so **ORDERED** on August 16, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT